IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOROTHY J. DODD                                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 10-1027

GEORGIA-PACIFIC LLC
f/k/a GEORGIA-PACIFIC CORPORATION                                                  DEFENDANT

FARMERS INSURANCE EXCHANGE
AS WORKERS COMPENSATION INSURER
FOR J.D. & BILLY HINES TRUCKING COMPANY                                            INTERVENOR

## ORDER OF DISMISSAL WITH PREJUDICE

On this __8__ day of __Sept__, 2011, the Court having been advised that all facts and matters relative to the Complaint and Complaint in Intervention filed herein have heretofore been satisfactorily compromised and settled,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that said Complaint of the Plaintiff, Dorothy J. Dodd, against Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation, and Complaint in Intervention of Farmers Insurance Exchange as workers compensation insurer for J.D. & Billy Hines Trucking Company, are hereby in all things dismissed with prejudice to future assertion.

_____
Harry F. Barnes, District Judge

Approval:

_____
John Richard Byrd, Sr.
Attorneys for Plaintiff

_____
Matthew J. Shepherd
Attorneys for Defendant

_____
Rick Sellars
Attorneys for Intervenor